# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**VIRGINIA BOONE,**
Appellant,

v.

**ROSANA QUARESMA DE MOURA,**
Appellee.

No. 4D22-277

[May 18, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Louis H. Schiff, Judge; L.T. Case No. CONO 21-022098.

Virginia Boone, Deerfield Beach, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. App. P. 9.315(a).

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***